United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTILLION SUBSEA OPERATIONS, LLC, *Plaintiff,* | § § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:20-cv-02310 |
| MARITECH PROJECT SERVICES, LTD., AND MARITECH INTERNATIONAL, LTD, *Defendants.* | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 6, 2023 (ECF 50) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. Defendants' Amended Motion to Dismiss All Claims Against Maritech International for Lack of Personal Jurisdiction (ECF 36) is **DENIED,** and Plaintiff's Motion for Sanctions (ECF 43) is **DENIED** as moot.

**SIGNED** at Houston, Texas this **24th** day of January, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE