United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUINTILLION SUBSEA OPERATIONS, LLC, *Plaintiff,* § § § | |
| v. § MARITECH PROJECT SERVICES, LTD., AND § MARITECH INTERNATIONAL, LTD, § *Defendants.* § | CIVIL ACTION NO. 4:20-cv-02310 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 9, 2023 (ECF 51) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. It is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Claim for Violation of the Alaska Unfair Trade Practices Act (ECF 36) be **GRANTED IN PART WITHOUT PREJUDICE** and **DENIED IN PART**; Count II of Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to plead with particularity under Federal Rule of Civil Procedure 9(b); Defendants' Motion to Dismiss Plaintiff's claims as barred by the Intertstate Commerce Clause or preempted by general maritime law (ECF 36) is **DENIED WITHOUT PREJUDICE**. Plaintiff must file an amended complaint which satisfies the requirements of Federal Rule of Civil Procedure 9(b) within 14 days of the entry of this Order.

**SIGNED** at Houston, Texas this 24th day of January, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE