United States District Court
Southern District of Texas
**ENTERED**
January 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUINTILLION SUBSEA OPERATIONS, LLC §§§ Plaintiff, §§ v. §§ MARITECH PROJECT SERVICES, LTD., § MARITECH INTERNATIONAL, LTD., §§ Defendants. §§ | Civil Action No. 4:20-cv-02310 |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel for Defendants filed by the law firm of Liskow & Lewis, David L. Reisman, and Alma F. Shields. ECF 54. It is well-settled that corporate entities, such as Defendants, cannot appear in federal court unless represented by a licensed attorney. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004).[1] It is therefore

ORDERED that counsels' Motion to Withdraw (ECF 54) is DENIED without prejudice to refiling upon Defendants' filing of a notice of appearance or substitution by new counsel. It is further

ORDERED that the parties' request for a 30-day stay of activity in this case in order to allow Defendants to engage new counsel is GRANTED. It is further

ORDERED that this case is set for a status and scheduling conference on March 7, 2023 at 10:00 am CST. If agreed to by both parties, the conference may be conducted by video.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 21.

Signed on January 26, 2023, at Houston, Texas.

                                              Christina A. Bryan
                                        United States Magistrate Judge