United States District Court
Southern District of Texas
**ENTERED**
September 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTILLION SUBSEA OPERATIONS, LLC, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20cv02310 |
| MARITECH PROJECT SERVICES, LTD., MI, LTD., *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 16, 2023, (Dkt. 69) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas this ___8th___ day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE